| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 75.136.97.196 | 2016-06-30 00:34:37 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Charter Communications | North Carolina | Hickory | Catawba |
| 2 | 97.82.129.85 | 2016-06-30 14:29:14 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Charter Communications | North Carolina | Asheville | Buncombe |
| 3 | 75.136.99.111 | 2016-06-30 23:45:49 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Charter Communications | North Carolina | Hickory | Catawba |
| 4 | 66.169.77.77 | 2016-07-01 09:10:32 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Charter Communications | North Carolina | Boone | Watauga |
| 5 | 71.85.105.50 | 2016-07-01 15:59:08 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Charter Communications | North Carolina | Asheville | Buncombe |
| 6 | 24.177.76.50 | 2016-07-01 17:39:43 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Charter Communications | North Carolina | Wilkesboro | Wilkes |
| 7 | 24.241.8.36 | 2016-07-01 18:45:29 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Charter Communications | North Carolina | Arden | Buncombe |
| 8 | 97.89.178.54 | 2016-07-01 22:59:42 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Charter Communications | North Carolina | Maiden | Catawba |
| 9 | 97.87.78.224 | 2016-07-02 19:36:50 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Charter Communications | North Carolina | Lenoir | Caldwell |

# Exhibit B