**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.  5:16-CV-149-RLV-DCK**

| | | |
|---|---|---|
| **LHF PRODUCTIONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DOES 1-9,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Leave To Take Discovery Prior To Rule 26(f) Conference" (Document No. 5) filed August 22, 2016.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

Based on Plaintiff's arguments and cited authority, the undersigned finds good cause to allow the instant motion for Plaintiff to seek the limited information described therein concerning Defendants' identity.  (Document No. 6).  Of course, the undersigned expresses no opinion at this time as to any objections and/or responses that may be filed related to the proposed subpoenas.

**IT IS, THEREFORE, ORDERED** that "Motion For Leave To Take Discovery Prior To Rule 26(f) Conference" (Document No. 5) is **GRANTED**.

Signed: August 22, 2016

David C. Keesler
United States Magistrate Judge